# United States District Court
# Central District of California

| | |
|---|---|
| BENNIE HAMILTON<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.; AND TRANS UNION, LLC,<br><br>　　　　Defendants. | Case № 2:18-CV-08885-ODW (MAAx)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Defendants' Motion to Dismiss, it is therefore **ORDERED, ADJUDGED, and DECREED** as follows:

1. Plaintiff shall recover nothing from Defendants;
2. Plaintiff's Complaint is dismissed on the merits and with prejudice.

**IT IS SO ORDERED.**

January 3, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**